FILED
10/04/21 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARGARITO GALEANA-GOMEZ<br>    a/k/a "Mago," a/k/a "Margaro;" and<br>JOSE GONZAGA<br>    a/k/a "Chinco" | Case No. 21 CR 335<br><br>Violations: Title 21, United States Code, Sections 841(a)(1) and 846<br><br>Judge Bucklo<br>Magistrate Judge Cox |

### COUNT ONE

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

Beginning no later than on or about September 10, 2020 and continuing until on or about September 18, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARGARITO GALEANA-GOMEZ,
also known as "Mago" and "Margaro," and
JOSE GONZAGA,
also known as "Chinco,"

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about September 14, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARGARITO GALEANA-GOMEZ,
also known as "Mago" and "Margaro," and
JOSE GONZAGA,
also known as "Chinco,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2

## COUNT THREE

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about September 17, 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARGARITO GALEANA-GOMEZ,
also known as "Mago" and "Margaro," and
JOSE GONZAGA,
also known as "Chinco,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, one kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2020 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as set forth in this Indictment, defendants shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Sections 853(a).

2. The property to be forfeited includes, but is not limited to, funds in the amount of approximately $2,000.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code, Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Erika Csicsila on behalf of the
UNITED STATES ATTORNEY