

**United States District Court**
**Northern District of Illinois**

In the Matter of

USA                                       Fugitive Judge *Fugitive Calendar

v.                               Case No. 21-CR-335-1

Margarito Galeana-Gomez            Designated Magistrate Judge
                                                    *By Lot - Non Designated Judge

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge *Fugitive Calendar. The reason for my recommendation are indicated on the reverse of this form.

_____
**Judge Elaine E. Bucklo**

Date: Monday, July 18, 2022

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge *Fugitive Calendar.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, July 18, 2022

District Reassignment - Named Judge

**Reason(s) For Recommendation:**

- IOP 13(b)(1) This case should be transferred to the Fugitive Calendar as the defendant is fugitive.

...........................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: